# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2012

144068

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ELLEN CLARA WATSON,
        Defendant-Appellant.

SC: 144068
COA: 305809
Leelanau CC: 10-001686-FH

_____/

        On order of the Court, the application for leave to appeal the October 12, 2011 order of the Court of Appeals is considered. We DIRECT the Leelanau County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

        The application for leave to appeal remains pending.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2012

_____
Clerk

p0411